Victor M. Felix, SBN 179622
Victor.Felix@procopio.com
PROCOPIO, CORY, HARGREAVES
& SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Tel. (619) 515-3229
Fax (619) 744-5409

Leslie V. Payne (TX Bar No. 00784736) (admitted *Pro Hac Vice*)
lpayne@hpcllp.com
Eric J. Enger (TX Bar No. 24045833) (admitted *Pro Hac Vice*)
eenger@hpcllp.com
Christopher M. First (TX Bar No. 24095112) (admitted *Pro Hac Vice*)
cfirst@hpcllp.com
HEIM, PAYNE & CHORUSH LLP
1111 Bagby St., Suite 2100
Houston, TX 77002
T: (713)221-2000  F: (713)221-2021

Attorneys for Plaintiffs *Wi-LAN*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WI-LAN INC.; WI-LAN USA, INC.; & WI-LAN LABS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.,<br><br>Defendants. | Case No.: 3:18-cv-01577-H-AGS<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANTS' INFECTIOUS UNENFORCEABILITY CLAIMS**<br><br>Date: April 2, 2019<br>Time: 10:30 a.m.<br>Courtroom: 15A<br>District Judge: Hon. Marilyn L. Huff |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on April 2nd, 2019 at 10:30 a.m., or as soon as the matter may be heard, Plaintiffs Wi-LAN Inc., Wi-LAN USA, Inc., and Wi-LAN Labs, Inc. (collectively, "Plaintiffs") will, and hereby do, move to dismiss LG's Infectious Unenforceability claims Pursuant to Local Rule 7.1.e.1, this motion complies with the Twenty-eight (28) Day Rule.

Dated: February 27, 2019

By: */s/ Christopher M. First*
Victor M. Felix, SBN 179622
Victor.Felix@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Tel. (619) 515-3229
Fax (619) 744-5409

Leslie V. Payne
TX. Bar No. 00784736 (admitted *pro hac vice*)
lpayne@hpcllp.com
Eric J. Enger
TX. Bar No. 24045833 (admitted *pro hac vice*)
eenger@hpcllp.com
Christopher M. First
TX. Bar No. 24095112 (admitted *pro hac vice*)
cfirst@hpcllp.com
HEIM, PAYNE & CHORUSH LLP
1111 Bagby St., Suite 2100
Houston, TX 77002
T: (713)221-2000  F: (713)221-2021

Attorneys for Plaintiffs *Wi-LAN*.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2019, I caused a copy of this pleading to be delivered via ECF on all counsel of record.

*/s/ Christopher M. First*
Christopher M. First