# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WI-LAN INC.; WI-LAN USA, INC.; and WI-LAN LABS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC; and LG ELECTRONICS MOBILECOMM U.S.A., INC.,<br><br>Defendants. | Case No.: 18-cv-01577-H-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>[Doc. No. 115.] |

On June 21, 2019, the parties filed a joint motion for an extension of the deadlines for their opening expert reports and their rebuttal expert reports. (Doc. No. 115.) For good cause shown, the Court grants the joint motion. Opening expert reports are due on or before **August 5, 2019**, and rebuttal expert reports are due on or before **August 26, 2019**. All other dates and deadlines set forth in the Court's November 13, 2018 scheduling order remain as scheduled. (Doc. No. 36.)

**IT IS SO ORDERED.**

DATED: June 21, 2019

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT