UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WI-LAN INC.; WI-LAN USA, INC.; and WI-LAN LABS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC; and LG ELECTRONICS MOBILECOMM U.S.A., INC., <br><br> Defendants. | Case No.: 18-cv-01577-H-AGS <br><br> **ORDER GRANTING JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 6** <br><br> [Doc. No. 122.] |

On July 2, 2019, the parties filed a joint motion for determination of discovery dispute No. 6. (Doc. No. 122.) In the joint filing, Wi-LAN requests that the Court order LG to bring Henry Yoon and Yoon Suk Lee, who both live in Korea, to the United States to sit for depositions. (Id.) Wi-LAN argues that Mr. Yoon and Mr. Lee have personal knowledge of pre-suit communications between Wi-LAN and LG, but that under Korean law, Wi-LAN cannot depose these two individuals in Korea. (Id.)

In response, LG argues that the Court should deny Wi-LAN's request because Mr. Lee no longer works for LG, and Mr. Yoon's only connection to this case is that Wi-LAN copied him on a single pre-complaint email regarding a license renewal. (Id.) LG further

argues that Mr. Yoon's deposition would also be highly burdensome, not proportional to the case, and duplicative as LG has produce a verified interrogatory response and will produce a 30(b)(6) witness both on the issue of the parties' pre-suit communications. (Id.) In addition, LG argues that Wi-LAN seeks to depose Mr. Yoon in the United States only because Wi-LAN failed to comply with Korean law/Hague Convention to depose Mr. Yoon in Korean. (Id.)

After reviewing the parties' arguments presented in the discovery filing and the attached exhibits, the Court denies without prejudice Wi-LAN's request for an order compelling LG to bring Mr. Yoon and Mr. Lee to the United States for depositions. Wi-LAN has failed to provide the Court with any authority that would authorize the Court to issue such an order, particularly with regards to Mr. Lee, who no longer is employed by LG. In addition, Wi-LAN has failed to explain in the joint filing or its attachments why it cannot comply with Korean law and the Hague Convention to be able take these depositions in Korea.

**IT IS SO ORDERED.**

DATED: July 5, 2019

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT