Victor M. Felix, SBN 179622
Victor.Felix@procopio.com
PROCOPIO, CORY, HARGREAVES
& SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Tel. (619) 515-3229
Fax (619) 744-5409

Leslie V. Payne (TX Bar No. 00784736) (*Pro Hac Vice*)
lpayne@hpcllp.com
Eric J. Enger (TX Bar No. 24045833) (*Pro Hac Vice*)
eenger@hpcllp.com
Christopher M. First (TX Bar No. 24095112) (*Pro Hac Vice*)
cfirst@hpcllp.com
Alden G. Harris (TX Bar No. 24083138) (*Pro Hac Vice*)
aharris@hpcllp.com
HEIM, PAYNE & CHORUSH LLP
1111 Bagby St., Suite 2100
Houston, TX 77002
T: (713)221-2000  F: (713)221-2021

Attorneys for Plaintiffs *Wi-LAN*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WI-LAN INC.; WI-LAN USA, INC.; & WI-LAN LABS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.,<br><br>Defendants. | Case No.: 3:18-cv-01577-H-AGS<br><br>DEMAND FOR JURY TRIAL |

## DECLARATION OF RICHARD GITLIN

I, RICHARD GITLIN, hereby declare as follows:

I have personal knowledge of facts stated in this Declaration, and if called upon as a witness, could and would testify competently thereto:

1. Attached to Wi-LAN's Opposition as Exhibit K is a true and correct copy of my expert report, which was served in this case on August 28, 2019, titled "Expert Report of Dr. Richard Gitlin," along with exhibits thereto.

2. I have been retained as an expert in the above-captioned action on behalf of Wi-LAN. I am qualified as an expert by my education and experience, as reflected in my CV attached to the "Expert Report of Dr. Richard Gitlin" (as part of Exhibit C thereto). I am over the age of 18 and fully competent to make this declaration. I have personal knowledge of the facts stated in this declaration. They are true and correct.

3. If asked, I will testify as an expert witness at trial. My testimony will be consistent with the opinions stated in my expert report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 11, 2019, in San Diego, California.

/s/ *Richard D. Gitlin*
Dr. Richard Gitlin