PATENT

Attorney Docket No. ENSEMB.006C1
Date:  May 16, 2001
Page 1



ASSISTANT COMMISSIONER FOR PATENTS

WASHINGTON, D.C.  20231

ATTENTION:  BOX PATENT APPLICATION

Sir:

Transmitted herewith for filing is the patent application of

Inventors:  **Kenneth L. Stanwood, James F. Mollenauer, Israel Jay Klein and Sheldon L. Gilbert**

For:

**METHOD AND APPARATUS FOR ALLOCATING BANDWIDTH IN A WIRELESS COMMUNICATION SYSTEM**

Enclosed are:

(X)     13 sheets of drawings.

(X)     Return prepaid postcard.

(X)     **This application is a continuation of prior U.S. Patent Application Serial No. 09/316,518, filed May 21, 1999.**

(X)     A copy of Declaration from prior application is enclosed.

(X)     An Establishment of Right of Assignee to Take Action and Revocation and Power of Attorney was filed in the prior application (copy enclosed).

(X)     The prior application has been assigned of record to Ensemble Communications Inc. A copy of the Assignment filed in the prior application is enclosed.

(X)     Incorporation by Reference.  The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied is considered as being part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

The present application qualifies for small entity status under 37 C.F.R. § 1.27.  The fees are calculated below:

| CLAIMS AS FILED | | | | |
|---|---|---|---|---|
| **FOR** | **NUMBER FILED** | **NUMBER EXTRA** | **RATE** | **FEE** |
| Basic Fee | | | $355 | $355 |
| Total Claims | 22   - 20 = | 2   × | $9 | $18 |
| Independent Claims | 3   - 3 = | 0   × | $40 | $0 |
| | **TOTAL FILING FEE** | | | **$373** |

Exhibit C
Page 1 of 45

PATENT

Attorney Docket No. ENSEMB.006C1
Date:  May 16, 2001
Page 2

(X)    A check in the amount of $373 to cover the filing fee is enclosed.

(X)    The Commissioner is hereby authorized to charge any additional fees which may be required, now or in the future, or credit any overpayment to Account No. 11-1410.

(X)    Please use Customer No. **20,995** for the correspondence address.

Richard E. Campbell
Registration No. 34,790
Attorney of Record

S:\DOCS\REC\REC-5468.DOC:dmr
051501

Exhibit C
Page 2 of 45

# Knobbe Martens Olson & Bear LLP

*Intellectual Property Law*

550 West C Street
Suite 1200
San Diego CA 92101
Tel 619-235-8550
Fax 619-235-0176
www.kmob.com

Richard E. Campbell

Assistant Commissioner for Patents
Washington, D.C. 20231

## CERTIFICATE OF MAILING BY "EXPRESS MAIL"

| | | |
|---|---|---|
| **Attorney Docket No.** | : | ENSEMB.006C1 |
| **Applicants** | : | Kenneth L. Stanwood, James F. Mollenauer, Israel Jay Klein and Sheldon L. Gilbert |
| **For** | : | METHOD AND APPARATUS FOR ALLOCATING BANDWIDTH IN A WIRELESS COMMUNICATION SYSTEM |
| **Attorney** | : | Richard E. Campbell |
| **"Express Mail" Mailing Label No.** | : | EL739678401 US |
| **Date of Deposit** | : | May 16, 2001 |

I hereby certify that the accompanying

Continuation Application Transmittal; Specification in 42 pages; 13 sheets of drawings; copy of Declaration by Inventor in  pages; copies of Declaration and Power of Attorney (4 pages), and Assignment (2 pages) documents from prior application; Check for Filing Fee; Return Prepaid Postcard

are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and are addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

*Carol Ann Macarty*
Carol Macarty

S:\DOCS\REC\REC-5469.DOC:dmr
051501

| | | | |
|---|---|---|---|
| Newport Beach 949-760-0404 | San Francisco 415-954-4114 | Los Angeles 310-551-3450 | Riverside 909-781-9231 |

Exhibit C
Page 3 of 45

ENSEMB.006C1                                                              PATENT

# Method and Apparatus for Allocating Bandwidth in a Wireless Communication System

## CROSS-REFERENCE TO RELATED APPLICATION

5

This application is a continuation of U.S. Patent Application Serial No. 09/316,518, filed May 21, 1999, the disclosure of which is incorporated herein by reference in its entirety.

10   ## BACKGROUND OF THE INVENTION

1.   *Field of the Invention*

This invention relates to wireless communication systems, and more particularly to a method and apparatus for efficiently allocating bandwidth between base stations and customer premises equipment in a broadband wireless communication system.

2.   *Description of Related Art*

As described in U.S. Patent Application No. 6,016,311, by Gilbert *et al.*, issued January 18, 2000, entitled "Adaptive Time Division Duplexing Method and Apparatus for Dynamic Bandwidth Allocation within a Wireless Communication System," hereby incorporated by reference, a wireless communication system facilitates two-way communication between a plurality of subscriber radio stations or subscriber units (fixed and portable) and a fixed network infrastructure. Exemplary communication systems include mobile cellular telephone systems, personal communication systems (PCS), and cordless telephones. The key objective of these wireless communication systems is to provide communication channels on demand between the plurality of subscriber units and their respective base stations in order to connect a subscriber unit user with the fixed network infrastructure (usually a wire-line system). In the wireless systems having multiple access schemes a time "frame" is used as the basic information transmission unit. Each frame is sub-divided into a plurality of time slots. Some time slots are used for control purposes and some for information transfer. Subscriber units typically communicate with the base station using a "duplexing" scheme thus allowing the exchange of information in both directions of connection.

-1-

Exhibit C
Page 4 of 45

PATENT

Transmissions from the base station to the subscriber unit are commonly referred to as "downlink" transmissions. Transmissions from the subscriber unit to the base station are commonly referred to as "uplink" transmissions. Depending upon the design criteria of a
5      given system, the prior art wireless communication systems have typically used either time division duplexing (TDD) or frequency division duplexing (FDD) methods to facilitate the exchange of information between the base station and the subscriber units. Both the TDD and FDD duplexing schemes are well known in the art.

10     Recently, wideband or "broadband" wireless communications networks have been proposed for providing delivery of enhanced broadband services such as voice, data and video services. The broadband wireless communication system facilitates two-way communication between a plurality of base stations and a plurality of fixed subscriber stations or Customer Premises Equipment (CPE). One exemplary broadband wireless communication system is described in
15     the co-pending application and is shown in the block diagram of FIGURE 1. As shown in FIGURE 1, the exemplary broadband wireless communication system 100 includes a plurality of cells 102. Each cell 102 contains an associated cell site 104 that primarily includes a base station 106 and an active antenna array 108. Each cell 102 provides wireless connectivity between the cell's base station 106 and a plurality of customer premises
20     equipment (CPE) 110 positioned at fixed customer sites 112 throughout the coverage area of the cell 102. The users of the system 100 may include both residential and business customers. Consequently, the users of the system have different and varying usage and bandwidth requirement needs. Each cell may service several hundred or more residential and business CPEs.

25

The broadband wireless communication system 100 of FIGURE 1 provides true "bandwidth-on-demand" to the plurality of CPEs 110. CPEs 110 request bandwidth allocations from their respective base stations 106 based upon the type and quality of services requested by the customers served by the CPEs. Different broadband services have different bandwidth and
30     latency requirements. The type and quality of services available to the customers are variable and selectable. The amount of bandwidth dedicated to a given service is determined by the information rate and the quality of service required by that service (and also taking into account bandwidth availability and other system parameters). For example, T1-type

Exhibit C
Page 5 of 45

ENSEMB.006C1                                                         PATENT

continuous data services typically require a great deal of bandwidth having well-controlled delivery latency. Until terminated, these services require constant bandwidth allocation on each frame. In contrast, certain types of data services such as Internet protocol data services (TCP/IP) are bursty, often idle (which at any one instant requires zero bandwidth), and are 5 relatively insensitive to delay variations when active.

Due to the wide variety of CPE service requirements, and due to the large number of CPEs serviced by any one base station, the bandwidth allocation process in a broadband wireless communication system such as that shown in FIGURE 1 can become burdensome and 10 complex. This is especially true with regard to the allocation of uplink bandwidth. Base stations do not have *a priori* information regarding the bandwidth or quality of services that a selected CPE will require at any given time. Consequently, requests for changes to the uplink bandwidth allocation are necessarily frequent and varying. Due to this volatility in the uplink bandwidth requirements, the many CPEs serviced by a selected base station will need to 15 frequently initiate bandwidth allocation requests. If uncontrolled, the bandwidth allocation requests will detrimentally affect system performance. If left unchecked, the bandwidth required to accommodate CPE bandwidth allocation requests will become disproportionately high in comparison with the bandwidth allocated for the transmission of substantive traffic data. Thus, the communication system bandwidth available to provide broadband services 20 will be disadvantageously reduced.

Therefore, a need exists for a method and apparatus that can dynamically and efficiently allocate bandwidth in a broadband wireless communication system. The method and apparatus should be responsive to the needs of a particular communication link. The 25 bandwidth needs may vary due to several factors, including the type of service provided over the link and the user type. The bandwidth allocation method and apparatus should be efficient in terms of the amount of system bandwidth consumed by the actual bandwidth request and allocation process. That is, the plurality of bandwidth requests generated by the CPE should consume a minimum percentage of available uplink bandwidth. In addition, the 30 bandwidth allocation method and apparatus should respond to bandwidth requests in a timely manner. Bandwidth should be allocated to high priority services in a sufficiently short time frame to maintain the quality of service specified by the CPE. Further, the bandwidth allocation method and apparatus should be capable of processing an arbitrarily large number

-3-

Exhibit C
Page 6 of 45

ENSEMB.006C1                                                                    PATENT

of bandwidth allocation requests from a relatively large number of CPEs. For example, in the system shown in FIGURE 1, as many as one hundred CPEs may be allowed to be simultaneously active, coordinating their transmissions on the uplink. Furthermore, the system can accommodate approximately one thousand CPEs on the physical channel.

5    Therefore, the need exists for a bandwidth allocation method and apparatus that can process and respond to the bandwidth allocation requests generated by a large number of CPEs.

Some prior art systems have attempted to solve bandwidth allocation requirements in a system having a shared system resource by maintaining logical queues associated with the

10    various data sources requiring access to the shared system resource. Such a prior art system is taught by Karol *et al.*, in U.S. Patent No. 5,675,573, that issued on October 7, 1997. More specifically, Karol *et al.* teach a bandwidth allocation system that allows packets or cells within traffic flows from different sources that are contending for access to a shared processing fabric to get access to that fabric in an order that is determined primarily on

15    individual guaranteed bandwidth requirements associated with each traffic flow. In addition, the system taught by Karol *et al.* allow the different sources to gain access to the shared processing fabric in an order determined secondarily on overall system criteria, such as a time of arrival, or due date of packets or cells within the traffic flows. Packets or cells of data from each data source (such as a bandwidth requesting device) are queued in separate logical

20    buffers while they await access to the processing fabric.

A need exits for a bandwidth allocation method and apparatus for efficiently processing and responding to bandwidth allocation requests. The bandwidth allocation method and apparatus should accommodate an arbitrarily large number of CPEs generating frequent and varying

25    bandwidth allocation requests on the uplink of a wireless communication system. Such a bandwidth allocation method and apparatus should be efficient in terms of the amount of bandwidth consumed by the bandwidth request control messages exchanged between the plurality of base stations and the plurality of CPEs. In addition, the bandwidth allocation method and apparatus should respond to the bandwidth allocation requests in a timely and

30    accurate manner. The bandwidth allocation method and apparatus should also be able to process an arbitrarily large number of bandwidth allocation requests generated by a relatively large number of CPEs. The present invention provides such a bandwidth allocation method and apparatus.

-4-

Exhibit C
Page 7 of 45

ENSEMB.006C1                                                              PATENT

## SUMMARY OF THE INVENTION

The present invention is a novel method and apparatus for requesting and allocating bandwidth in a broadband wireless communication system. The method and apparatus reduces the amount of bandwidth that must be allocated for bandwidth request and bandwidth allocation purposes. The opportunities for allowing a CPE to request bandwidth are very tightly controlled in accordance with the present invention. The present invention utilizes a combination of a number of bandwidth request and allocation techniques to control the bandwidth request process. There are a number of means by which a CPE can transmit a bandwidth request message to an associated base station.

One such means uses a "polling" technique whereby a base station polls one or more CPEs and allocates bandwidth specifically for the purpose of allowing the CPEs to respond with a bandwidth request. The polling of the CPEs by the base station may be in response to a CPE setting a "poll-me bit" or, alternatively, it may be periodic. In accordance with the present invention, periodic polls may be made to individual CPEs, to groups of CPEs, or to every CPE on a physical channel. When individually polling a CPE, the base station polls an individual CPE by allocating uplink bandwidth in an uplink sub-frame map to allow the CPE to respond with a bandwidth request. Similarly, in group polling, the base station polls several CPEs by allocating uplink bandwidth in the uplink sub-frame map to allow the CPEs to respond with a bandwidth request. The CPEs must contend for the allocated bandwidth if collisions occur. Bandwidth allocations are not in the form of an explicit message that is communicated by the base station to the CPEs, but rather the bandwidth allocations are transmitted implicitly by allocating bandwidth in the uplink sub-frame map.

Another means used by the present invention in reducing bandwidth consumed by the bandwidth request messages is the technique of "piggybacking" bandwidth requests on bandwidth already allocated to a CPE. In accordance with this technique, currently active CPEs request bandwidth using previously unused portions of uplink bandwidth that is already allocated to the CPE. Alternatively, the bandwidth requests can be piggybacked on uplink bandwidth already allocated and currently being used by a data service. In accordance with this alternative, the CPE "steals" bandwidth already allocated for a data connection by inserting bandwidth requests in time slots previously used for data.

-5-

**Exhibit C**
**Page 8 of 45**

ENSEMB.006C1                                                              PATENT

The CPE is responsible for distributing the allocated uplink bandwidth in a manner that accommodates the services provided by the CPE. The CPE is free to use the uplink bandwidth that was allocated to it in a manner that is different than that originally requested or granted by the base station. The CPE advantageously determines which services to give

5    bandwidth to and which services must wait for subsequent bandwidth requests. One advantage of having the CPE determine how to distribute its allocated bandwidth is that it relieves the base station from performing this task. In addition, the communication overhead that is required by having the base station instruct the CPE how to distribute its allocated bandwidth is eliminated. By using a combination of bandwidth allocation techniques, the

10   present invention advantageously makes use of the efficiency benefits associated with each technique.

The base station media access control ("MAC") allocates available bandwidth on a physical channel on the uplink and the downlink. Within the uplink and downlink sub-frames, the base station MAC allocates the available bandwidth between the various services depending

15   upon the priorities and rules imposed by their quality of service ("QoS"). The base station MAC maintains a set of queues for each physical channel that it serves. Within each physical channel queue set, the base station maintains a queue for each QoS. The queues hold data that is ready to be transmitted to the CPEs present on the physical channel. The base station higher MAC control layers are free to implement any convenient fairness or traffic shaping

20   algorithms regarding the sharing of access between connections at the same QoS, without impacting the base station lower MAC control layers. In determining the amount of bandwidth to allocate at a particular QoS for a particular CPE, the base station takes into account the QoS, modulation, and the fairness criteria used to keep an individual CPE from using up all available bandwidth. In one embodiment, the base station attempts to balance the

25   uplink/downlink bandwidth allocations using an adaptive time-division duplexing technique (ATDD).

The uplink bandwidth allocation method is very similar to the downlink bandwidth allocation except that, rather than being maintained by the base station, the data queues are distributed across and maintained by each individual CPE. Rather than check the queue status directly,

30   the base station preferably receives requests for bandwidth from the CPEs using the techniques described above.

-6-

**Exhibit C**
**Page 9 of 45**

ENSEMB.006C1                                                               PATENT

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGURE 1 shows a broadband wireless communication system adapted for use with the present invention.

FIGURE 2 shows a TDD frame and multi-frame structure that can be used by the communication system of FIGURE 1 in practicing the present invention.

FIGURE 3 shows an example of a downlink sub-frame that can be used by the base stations to transmit information to the plurality of CPEs in the wireless communication of FIGURE 1.

FIGURE 4 shows an exemplary uplink sub-frame that is adapted for use with the present bandwidth allocation invention.

FIGURE 5 is a flow diagram showing the information exchange sequence used in practicing the individual polling technique of the present invention.

FIGURE 6 is a flow diagram showing the individual polling technique of the present invention.

FIGURE 7 shows an exemplary uplink sub-frame map that is used to facilitate the present multicast/broadcast bandwidth allocation technique.

FIGURE 8 is a flow diagram showing the multicast and broadcast polling technique of the present invention.

FIGURE 9 is a flow diagram showing use of a "poll-me" to stimulate polling of a CPE in accordance with the present invention.

FIGURE 10 shows the message sequence that is used by the present invention in requesting polls using the "poll-me" bit.

-7-

Exhibit C
Page 10 of 45

ENSEMB.006C1                                                                PATENT

FIGURE 11 is a flow diagram showing the bandwidth request piggybacking process of the present invention.

FIGURE 12 shows the downlink bandwidth allocation method used by the present invention.

5

FIGURE 13 shows the uplink bandwidth allocation method used by the present invention.

Like reference numbers and designations in the various drawings indicate like elements.

-8-

**Exhibit C**
**Page 11 of 45**

ENSEMB.006C1                                                                PATENT

## DETAILED DESCRIPTION OF THE INVENTION

Throughout this description, the preferred embodiment and examples shown should be considered as exemplars, rather than as limitations on the present invention.

5      The preferred embodiment of the present invention is a method and apparatus for allocating bandwidth in a broadband wireless communication system. One very important performance criterion of a broadband wireless communication system, and any communication system for that matter having a physical communication medium shared by a plurality of users, is how efficiently the system uses the physical medium.  Because wireless communication systems

10     are shared-medium communication networks, access and transmission by subscribers to the network must be controlled.  In wireless communication systems a Media Access Control ("MAC") protocol typically controls user accesses to the physical medium.  The MAC determines when subscribers are allowed to transmit on the physical medium.  In addition, if contentions are permitted, the MAC controls the contention process and resolves any

15     collisions that occur.

In the system shown in FIGURE 1, the MAC executed by software present in the base stations 106 (in some embodiments, the software may execute on processors both in the base stations and the CPE) control the transmission time for all of the CPEs 110.  The base stations 106 receive requests for transmission rights and grant these requests within the time available

20     taking into account the priorities, service types, quality of service and other factors associated with the CPEs 110.  As described above in the background of the invention, the services provided by the CPEs 110 TDM information such as voice trunks from a PBX.  At the other end of the service spectrum, the CPEs may uplink bursty yet delay-tolerant computer data for communication with the well-known World Wide Web or Internet.

25     The base station MAC maps and allocates bandwidth for both the uplink and downlink communication links.  These maps are developed and maintained by the base station and are referred to as the Uplink Sub-frame Maps and Downlink Sub-frame Maps.  The MAC must allocate sufficient bandwidth to accommodate the bandwidth requirements imposed by high priority constant bit rate (CBR) services such as T1, E1 and similar constant bit rate services.

30     In addition, the MAC must allocate the remaining system bandwidth across the lower priority services such as Internet Protocol (IP) data services. The MAC distributes bandwidth among

-9-

Exhibit C
Page 12 of 45

ENSEMB.006C1                                                           PATENT

these lower priority services using various QoS dependent techniques such as fair-weighted queuing and round-robin queuing.

The downlink of the communication system shown in FIGURE 1 operates on a point-to-multi-point basis (*i.e.*, from the base station 106 to the plurality of CPEs 110). As described

5    in U.S. Patent Application No. 6,016,311, by Gilbert *et al.*, issued January 18, 2000, entitled "Adaptive Time Division Duplexing Method and Apparatus for Dynamic Bandwidth Allocation within a Wireless Communication System," the central base station 106 includes a sectored active antenna array 108 which is capable of simultaneously transmitting to several sectors. In one embodiment of the system 100, the active antenna array 108 transmits to six

10   independent sectors simultaneously. Within a given frequency channel and antenna sector, all stations receive the same transmission. The base station is the only transmitter operating in the downlink direction, hence it transmits without having to coordinate with other base stations, except for the overall time-division duplexing that divides time into upstream (uplink) and downstream (downlink) transmission periods. The base station broadcasts to all

15   of the CPEs in a sector (and frequency). The CPEs monitor the addresses in the received messages and retain only those addressed to them.

The CPEs 110 share the uplink on a demand basis that is controlled by the base station MAC. Depending upon the class of service utilized by a CPE, the base station may issue a selected CPE continuing rights to transmit on the uplink, or the right to transmit may be granted by a

20   base station after receipt of a request from the CPE. In addition to individually addressed messages, messages may also be sent by the base station to multicast groups (control messages and video distribution are examples of multicast applications) as well as broadcast to all CPEs.

Within each sector, in accordance with the present invention, CPEs must adhere to a

25   transmission protocol that minimizes contention between CPEs and enables the service to be tailored to the delay and bandwidth requirements of each user application. As described below in more detail, this transmission protocol is accomplished through the use of a polling mechanism, with contention procedures used as a backup mechanism should unusual conditions render the polling of all CPEs unfeasible in light of given delay and response-time

30   constraints. Contention mechanisms can also be used to avoid individually polling CPEs that are inactive for long time periods. The polling techniques provided by the present inventive

-10-

Exhibit C
Page 13 of 45

method and apparatus simplifies the access process and guarantees that service applications receive bandwidth allocation on a deterministic basis if required. In general, data service applications are relatively delay-tolerant. In contrast, real-time service applications such as voice and video services require that bandwidth allocations be made in a timely manner and in adherence to very tightly-controlled schedules.

### *Frame Maps – Uplink and Downlink Sub-frame Mappings*

In one preferred embodiment of the present invention, the base stations 106 maintain sub-frame maps of the bandwidth allocated to the uplink and downlink communication links. As described in U.S. Patent Application No. 6,016,311, by Gilbert *et al.*, issued January 18, 2000, entitled "Adaptive Time Division Duplexing Method and Apparatus for Dynamic Bandwidth Allocation within a Wireless Communication System," the uplink and downlink are preferably multiplexed in a time-division duplex (or "TDD") manner. In one embodiment, a frame is defined as comprising $N$ consecutive time periods or time slots (where $N$ remains constant). In accordance with this "frame-based" approach, the communication system dynamically configures the first $N_1$ time slots (where $N$ is greater than or equal to $N_1$) for downlink transmissions only. The remaining $N_2$ time slots are dynamically configured for uplink transmissions only (where $N_2$ equals $N-N_1$). Under this TDD frame-based scheme, the downlink sub-frame is preferably transmitted first and is prefixed with information that is necessary for frame synchronization.

FIGURE 2 shows a TDD frame and multi-frame structure 200 that can be used by a communication system (such as that shown in FIGURE 1) in practicing the present invention. As shown in FIGURE 2, the TDD frame is subdivided into a plurality of physical slots (PS) 204. In the embodiment shown in FIGURE 2, the frame is one millisecond in duration and includes 800 physical slots. Alternatively, the present invention can be used with frames having longer or shorter duration and with more or fewer PSs. The available bandwidth is allocated by a base station in units of a certain pre-defined number of PSs. Some form of digital encoding, such as the well-known Reed-Solomon encoding method, is performed on the digital information over a pre-defined number of bit units referred to as information elements (PI). The modulation may vary within the frame and determines the number of PS (and therefore the amount of time) required to transmit a selected PI.

-11-

Exhibit C
Page 14 of 45

ENSEMB.006C1                                                    PATENT

As described in U.S. Patent Application No. 6,016,311, by Gilbert *et al.*, issued January 18, 2000, entitled "Adaptive Time Division Duplexing Method and Apparatus for Dynamic Bandwidth Allocation within a Wireless Communication System," in one embodiment of the broadband wireless communication system shown in FIGURE 1, the TDD framing is adaptive. That is, the number of PSs allocated to the downlink versus the uplink varies over time. The present bandwidth allocation method and apparatus can be used in both adaptive and fixed TDD systems using a frame and multi-frame structure similar to that shown in FIGURE 2. As shown in FIGURE 2, to aid periodic functions, multiple frames 202 are grouped into multi-frames 206, and multiple multi-frames 206 are grouped into hyper-frames 208. In one embodiment, each multi-frame 206 comprises two frames 202, and each hyper-frame comprises twenty-two multi-frames 206. Other frame, multi-frame and hyper-frame structures can be used with the present invention. For example, in another embodiment of the present invention, each multi-frame 206 comprises sixteen frames 202, and each hyper-frame comprises thirty-two multi-frames 206. Exemplary downlink and uplink sub-frames used to in practicing the present invention are shown respectively in FIGURES 3 and 4.

*Downlink Sub-frame Map*

FIGURE 3 shows one example of a downlink sub-frame 300 that can be used by the base stations 106 to transmit information to the plurality of CPEs 110. The base station preferably maintains a downlink sub-frame map that reflects the downlink bandwidth allocation. The downlink sub-frame 300 preferably comprises a frame control header 302, a plurality of downlink data PSs 304 grouped by modulation type (*e.g.*, PS 304 data modulated using a QAM-4 modulation scheme, PS 304' data modulated using QAM-16, etc.) and possibly separated by associated modulation transition gaps (MTGs) 306 used to separate differently modulated data, and a transmit/receive transition gap 308. In any selected downlink sub-frame any one or more of the differently modulated data blocks may be absent. In one embodiment, modulation transition gaps (MTGs) 306 are 0 PS in duration. As shown in FIGURE 3, the frame control header 302 contains a preamble 310 used by the physical protocol layer (or PHY) for synchronization and equalization purposes. The frame control header 302 also includes control sections for both the PHY (312) and the MAC (314).

The downlink data PSs are used for transmitting data and control messages to the CPEs 110. This data is preferably encoded (using a Reed-Solomon encoding scheme for example) and

-12-

Exhibit C
Page 15 of 45

ENSEMB.006C1                                                        PATENT

transmitted at the current operating modulation used by the selected CPE. Data is preferably transmitted in a pre-defined modulation sequence: such as QAM-4, followed by QAM-16, followed by QAM-64. The modulation transition gaps 306 contain preambles and are used to separate the modulations. The PHY Control portion 312 of the frame control header 302
5    preferably contains a broadcast message indicating the identity of the PS 304 at which the modulation scheme changes. Finally, as shown in FIGURE 3, the Tx/Rx transition gap 308 separates the downlink sub-frame from the uplink sub-frame which is described in more detail below.

*Uplink Sub-frame Map*

10    FIGURE 4 shows one example of an uplink sub-frame 400 that is adapted for use with the present bandwidth allocation invention. In accordance with the present bandwidth allocation method and apparatus, the CPEs 110 (FIGURE 1) use the uplink sub-frame 400 to transmit information (including bandwidth requests) to their associated base stations 106. As shown in FIGURE 4, there are three main classes of MAC control messages that are transmitted by
15    the CPEs 110 during the uplink frame: (1) those that are transmitted in contention slots reserved for CPE registration (Registration Contention Slots 402); (2) those that are transmitted in contention slots reserved for responses to multicast and broadcast polls for bandwidth allocation (Bandwidth Request Contention Slots 404); and those that are transmitted in bandwidth specifically allocated to individual CPEs (CPE Scheduled Data
20    Slots 406).

The bandwidth allocated for contention slots (*i.e.*, the contention slots 402 and 404) is grouped together and is transmitted using a pre-determined modulation scheme. For example, in the embodiment shown in FIGURE 4 the contention slots 402 and 404 are transmitted using a QAM-4 modulation. The remaining bandwidth is grouped by CPE.
25    During its scheduled bandwidth, a CPE 110 transmits with a fixed modulation that is determined by the effects of environmental factors on transmission between that CPE 110 and its associated base station 106. The downlink sub-frame 400 includes a plurality of CPE transition gaps (CTGs) 408 that serve a similar function to the modulation transition gaps (MTGs) 306 described above with reference to FIGURE 3. That is, the CTGs 408 separate
30    the transmissions from the various CPEs 110 during the uplink sub-frame. In one embodiment, the CTGs 408 are 2 physical slots in duration. A transmitting CPE preferably

-13-

Exhibit C
Page 16 of 45

ENSEMB.006C1                                                    PATENT

transmits a 1 PS preamble during the second PS of the CTG 408 thereby allowing the base station to synchronize to the new CPE 110. Multiple CPEs 110 may transmit in the registration contention period simultaneously resulting in collisions. When a collision occurs the base station may not respond.

5    By using the bandwidth allocation method and apparatus of the present invention, scheduled uplink traffic data is bandwidth allocated to specific CPEs 110 for the transmission of control messages and services data. The CPE scheduled data is ordered within the uplink sub-frame 400 based upon the modulation scheme used by the CPEs 110. In accordance with the present invention and in the manner described in detail below, bandwidth is requested by a

10   CPE 110 and is subsequently granted by an associated base station 106. All of the bandwidth allocated to a selected CPE within a given TDD frame (or alternatively an adaptive TDD frame, as the case may be) is grouped into a contiguous CPE scheduled data block 406. The physical slots allocated for the CTGs 408 are included in the bandwidth allocation to a selected CPE 110 in the base station uplink sub-frame map.

15   In addition to the bandwidth that is allocated for the transmission of the various types of broadband services (*i.e.*, the bandwidth allocated for the CPE scheduled data slots 406), and the bandwidth allocated for CPE registration contention slots, bandwidth must also be allocated by the base station MAC for control messages such as requests for additional bandwidth allocations. As described in more detail below, in accordance with the present

20   invention, CPEs 110 request changes to their bandwidth allocations by making bandwidth requests of their associated base stations 106. The present inventive method and apparatus reduces the amount of bandwidth that must be set aside for these bandwidth allocation requests. In accordance with the present invention, the opportunities for requesting bandwidth are very tightly controlled. The present invention advantageously utilizes a

25   combination of a number of techniques to tightly control the bandwidth request process. There are a number of means by which a CPE can transmit a bandwidth request message to its associated base station.

For example, one such means uses a "polling" technique whereby a base station polls one or more CPEs and allocates bandwidth specifically for the purpose of allowing the CPE(s) to

30   transmit bandwidth requests. In accordance with this method, the polling of CPEs by the base station may be in response to a CPE setting a "poll-me bit" in an upstream direction or it may

-14-

Exhibit C
Page 17 of 45

PATENT

be periodic. In accordance with the present invention, periodic polls may be made to individual CPEs (referred to as "reservation-based" polling), to groups of CPEs ("multicast" polling), or to every CPE on a physical channel ("broadcast" polling). In reservation-based polling, the base station polls an individual CPE and then allocates uplink bandwidth to allow

5   the CPE to respond with a bandwidth request. Similarly, in multicast and broadcast polling, the base station polls several CPEs and then allocates uplink bandwidth to allow the CPEs to respond with a bandwidth request. However, the CPEs must contend for the allocated bandwidth if collisions occur. Advantageously, neither the bandwidth polls nor the bandwidth allocations are in the form of explicit messages that are communicated by the base

10  station to the CPEs. Rather, the bandwidth polls comprise unsolicited grants of bandwidth sufficient for transmitting bandwidth requests. Bandwidth allocations are implicit via bandwidth allocations occurring in the uplink sub-frame map. The polling techniques are described in more detail below with reference to FIGURES 4-10.

As shown in FIGURE 4, a portion of the uplink bandwidth may periodically be allocated for

15  these bandwidth allocation or CPE connection requests. The uplink sub-frame 400 includes a plurality of bandwidth request contention slots 404. A CPE 110 must first be registered and achieve uplink synchronization with a base station before it is allowed to request bandwidth allocation. Therefore there is no need to allow for transmit time uncertainties in the length of the bandwidth request contention period. Consequently the bandwidth request contention

20  period may be as small as a single PI, which, in one embodiment, at QAM-4 requires 6 PS. As with the registration requests, if a collision occurs, the base station may not respond to the CPE. If, however, the base station successfully receives a bandwidth request message from a CPE, it responds by allocating the CPE additional scheduled data 406 bandwidth in the uplink sub-frame 400. The various polling techniques used by the present invention help to

25  minimize the need to use the contention slots 404. These techniques are described in more detail below.

Another means used by the present invention in reducing the bandwidth consumed by the bandwidth request messages is the technique of "piggybacking" bandwidth requests on bandwidth already allocated to a CPE. In accordance with this technique, currently active

30  CPEs request bandwidth using previously unused portions of uplink bandwidth that is already allocated to the CPE. The necessity of polling CPEs is thereby eliminated. In an alternative embodiment of the present invention, bandwidth requests are piggybacked on uplink

-15-

Exhibit C
Page 18 of 45

ENSEMB.006C1                                                          PATENT

bandwidth allocated and actively being used by a data service.  In accordance with this alternative, the CPE "steals" bandwidth already allocated for a data connection by inserting bandwidth requests in time slots previously used for data.  The details of these piggybacking techniques are described in more detail below with reference to FIGURE 11.

5      Once a CPE is allocated bandwidth by the base station, the CPE, not the base station, is responsible for using the uplink bandwidth in a manner that can accommodate the services provided by the CPE.  The CPE is free to use the uplink bandwidth that was allocated to it in a manner that is different than originally requested or granted by the base station.  For example, the service requirements presented to a selected CPE can change after the selected

10     CPE requests bandwidth from its associated base station.  The CPE advantageously determines which services to give bandwidth to and which services must wait for subsequent bandwidth requests. To this end, the CPE maintains a priority list of services.  Those services having higher priority (*e.g.*, those services having high quality of service demands) will be allocated bandwidth before those services having lower priority (*e.g.*, IP-type data services).

15     If the CPE does not have sufficient bandwidth to meet its service requirements, the CPE will request additional bandwidth allocations by either setting its poll-me bit or by piggybacking a bandwidth allocation request.

One advantage of having the CPE determine how to distribute its allocated bandwidth is that it relieves the base station from performing this task.  In addition, the communication

20     overhead that is required by having the base station instruct the CPE how to distribute its allocated bandwidth is thereby eliminated, thus increasing usable system bandwidth.  In addition, the CPE is in a much better position to respond to the varying uplink bandwidth allocation needs of high quality of service data services.  Therefore, the CPE can better accommodate the needs of these types of service requirements than can the base station.

25     The various techniques used by the present invention to enhance the efficiency of the bandwidth allocation request process are described in more detail below in the sub-sections that follow.  Although these techniques are described in separate sub-sections, the present inventive method and apparatus advantageously uses all of the techniques in combination to reduce the bandwidth consumed by the bandwidth allocation requests.

30     Thus, the present invention advantageously makes use of the efficiency benefits associated

-16-

Exhibit C
Page 19 of 45

PATENT

with each bandwidth allocation technique.  For example, although an individual polling technique is beneficial with regard to the ability to provide fast response times to bandwidth allocation requests, it is relatively inefficient with regard to the amount of bandwidth consumed by the bandwidth allocation process.  In contrast, the group polling method is

5   relatively efficient with regard to the bandwidth consumed by the bandwidth allocation process, but it is less efficient with regard to the ability to respond to bandwidth allocation requests.   Use of a "poll-me" bit is relatively efficient when considered from both the bandwidth consumption and response time perspectives.  In addition, the piggybacking technique further enhances bandwidth consumption efficiency by using previously unused

10   portions of the bandwidth to send the bandwidth allocation requests.  In contrast to the prior art approaches, the present invention advantageously uses all of these bandwidth allocation techniques in combination to maximize efficiency.

*Polling*

In one embodiment of the broadband wireless system 100 of FIGURE 1 designed for use with

15   the present invention, a CPE 110 is assigned a dedicated connection identifier (ID) when the CPE 110 first registers with the system 100.   The ID is used when the base station 106 exchanges control messages with the plurality of CPEs 110.  As described above, variations in bandwidth requirements (*i.e.*, increases or decreases to bandwidth requirements) are necessary for all services transported by the system 100 with the exception of uncompressible

20   constant bit rate, or continuous grant (CG) services.   The bandwidth requirements of uncompressible CG services do not change between connection establishment and termination.   The requirements of compressible CG services, such as channelized-T1 services, may increase or decrease depending on traffic.

25   In contrast, many of the data services facilitated by the system 100 of FIGURE 1 are bursty and delay-tolerant.  Because bandwidth is provided to these services on a demand assignment basis as needed these services are commonly referred to as Demand-Assigned Multiple Access or "DAMA" services.  When a CPE 110 needs to request bandwidth for a DAMA service it transmits a bandwidth request message to the base station 106.  The bandwidth

30   request messages communicate the immediate bandwidth requirements for the DAMA service.  The bandwidth requirements can and typically do vary over time.  The quality of service or "QoS" for the DAMA connection is established when the CPE connection is

-17-

Exhibit C
Page 20 of 45

PATENT

initially established with the base station. Therefore, the base station has the ability to access or "look-up" the QoS for any DAMA service that it is currently accommodating.

As described above, in accordance with the present invention, the CPEs 110 have a number of
5   different techniques available to them for communicating bandwidth request messages to their associated base stations. One such technique is by transmitting a bandwidth request message in response to being polled by a base station. In accordance with the polling technique taught by the present invention, the base station allocates bandwidth to selected CPEs specifically for the purpose of making bandwidth requests. The bandwidth allocations
10  may be to individual CPEs or to groups of CPEs. As described in more detail below in the sub-section that describes the group polling technique, allocations to groups of CPEs define bandwidth request contention slots that are used in resolving bandwidth request collisions. Advantageously, the bandwidth allocations are not made in the form of explicit messages, but rather they are made in the form of bandwidth allocation increases in the transmitted map
15  describing the uplink sub-frame 400 (FIGURE 4). Polling is performed on a per-CPE basis, bandwidth is requested on a per-connection-ID basis, and bandwidth is allocated on a per-CPE basis. These concepts are described in more detail below.

*Reservation-based Polling Technique (Individual Polling)*

In accordance with the present inventive method and apparatus, when a CPE is polled
20  individually, no explicit message is transmitted to poll the selected CPE. Rather, the CPE is allocated bandwidth in the uplink sub-frame map that is sufficient to allow the CPE to respond with the bandwidth request. Specifically, the base station allocates bandwidth in the CPE scheduled data block 406 (FIGURE 4) for the selected CPE that is sufficient to allow the selected CPE to respond with a bandwidth request message. If the selected CPE does not
25  require more bandwidth, it returns a request for zero bytes. A zero byte request (rather than no request) is used in the individual polling process because explicit bandwidth for a reply is allocated.

In accordance with the present invention, only inactive CPEs and active CPEs that explicitly
30  request to be polled are eligible for individual polling. Active CPEs that do not set their respective "poll-me" bits in the MAC packet header will not be polled individually. These restrictions are imposed upon the bandwidth request process by the present invention and they

Exhibit C
Page 21 of 45

ENSEMB.006C1                                                              PATENT

advantageously save bandwidth compared with polling all of the CPEs individually. In one embodiment of the present invention, active CPEs respond to polling using the modulation scheme currently in use. However, inactive CPEs may respond using a QAM-4 or similarly robust modulation scheme to ensure that their transmission is sufficiently robust to be

5    detected by the base station even under adverse environmental conditions.

The present invention advantageously ensures timely responses to requests for more bandwidth for a constant bit rate service such as a channelized T1 service in which channels may be added or dropped dynamically. To ensure that the base station responds quickly to

10   requests for more bandwidth for a constant bit rate service, the uplink bandwidth allocated to a constant bit rate service that is not currently operating at a maximum rate is made sufficiently large to accommodate the service's current rate and a bandwidth request.

The information exchange sequence for individual polling is shown in the flow diagram of

15   FIGURE 5. As shown in FIGURE 5, the base station preferably has several layers of control mechanisms or protocol stacks 502, 504 and 506 that control, among other things, the bandwidth request and allocation process. The base station MAC is sub-divided into two sub-domains: (1) the HL-MAA MAC domain 504 and the LL-MAA Mac domain 506. The LL-MAA MAC domain spans exactly a physical channel. Each physical channel requires an

20   instance of the LL-MAA MAC domain. The HL-MAA MAC domain spans multiple physical channels, typically all in the same sector. A MAC domain comprises an HL-MAA MAC domain and the LL-MAA MAC domains associated with the physical channels within the HL-MAA MAC domain.

25   As shown in FIGURE 5, the base station individually polls (as indicated by control arrow 508) a CPE by allocating bandwidth sufficient for the CPE to respond with a bandwidth request message. This bandwidth is allocated in the uplink sub-frame 400. If the CPE MAC 510 determines that there is data to be sent for a selected connection k (typically determined by being instructed by a higher CPE control layer 512 via a control path 514), then the CPE

30   MAC control mechanism issues a bandwidth request 516 to the base station MAC 506. If there is insufficient bandwidth available to the CPE 110 as determined by the base station's LL-MAA 506, the bandwidth request will not be granted. Else, the bandwidth request will be granted and this will be implicitly communicated to the CPE MAC 510 by the base station

-19-

Exhibit C
Page 22 of 45

ENSEMB.006C1                                                                    PATENT

allocating additional bandwidth to the CPE in the uplink sub-frame 400. This is shown in
FIGURE 5 via the control path 518. The CPE will then begin transmitting data to the base
station over the uplink using the bandwidth that has been allocated to it.

5        FIGURE 6 is a flow diagram showing the individual polling technique 600 provided by the
present invention. As shown in FIGURE 6, the method starts at decision STEP 602 to
determine whether bandwidth is available for the purpose of individually polling the CPEs. If
no more bandwidth is available for individually polling the CPEs 110 then the method
proceeds to STEP 604 and initiates a multicast or broadcast polling method. This multicast
10       and broadcast polling method is described in detail in the sub-section below. However, if
sufficient bandwidth is available for the purpose of individually polling CPEs, the method
proceeds to a decision STEP 606 whereat a determination is made whether there are any un-
polled active CPEs that have a "poll-me" bit set. If so, the method proceeds to a control point
608. If not, the method proceeds to a decision STEP 610 whereat it determines whether there
15       are any un-polled inactive CPEs present. If so, the method proceeds to the control point 608.
If not, the method proceeds to a control point 612.

The present inventive method proceeds from the control point 608 to STEP 614 to
individually poll the selected CPE. Thus, the method ensures that only un-polled active CPEs
20       requesting more bandwidth (by setting their respective "poll-me" bits) and inactive CPEs are
individually polled. This reduces bandwidth as compared with a polling method that would
individually poll all CPEs.

As shown in FIGURE 6, at STEP 614 the base station initiates the polling of the selected CPE
25       and marks the CPE as polled. This is shown diagrammatically in FIGURE 6 in the caption
box 614'. The caption box 614' of FIGURE 6 shows the downlink sub-frame map 300
described above in FIGURE 3. The MAC control portion 314 of the MAC frame control
header 302 preferably includes an uplink sub-frame map 400'. The uplink sub-frame map
400' is communicated to the CPE MAC when the base station transmits this information to
30       the CPE via the downlink. As shown in FIGURE 6, and responsive to the polling STEP 614,
the base station MAC allocates additional bandwidth to the selected CPE (in FIGURE 6 this
CPE is referred to as CPE "k") in the uplink. This increased bandwidth allocation is
communicated to the CPE k via the uplink sub-frame map 400'. Thus, no additional

-20-

Exhibit C
Page 23 of 45

ENSEMB.006C1                                                        PATENT

bandwidth is needed to respond to the need to poll the selected CPE.

As shown in FIGURE 6, the method then returns to the decision STEP 602 to determine whether there is more bandwidth available for individually polling the CPEs. When it is

5    determined (at the decision STEPS 606 and 610, respectively) that there are no active CPEs having a poll-me bit set and that there are no un-polled inactive CPEs present, the method proceeds to a decision STEP 616. At the decision STEP 616, the method determines whether any individual polls were performed. If not, the method proceeds to a control point 618 and the method subsequently terminates at the termination step 620. However, if individual polls

10   were performed, the method proceeds to a STEP 622 to await the individual bandwidth requests from the CPE that was polled (*e.g.*, CPE "k"). As shown in the caption 622' of FIGURE 6, this bandwidth request 430 is generated by the polled CPE (*e.g.*, CPE "k") during the CPE scheduled data block 406 scheduled for the selected CPE in the uplink sub-frame 400. In one embodiment, all data includes a header that indicates the type of data being

15   transmitted. For example, in this embodiment, control messages have associated CPE-unique connection identifiers that are assigned to them when the CPE registers. The structure of the control messages allows a base station to determine that a control message is a bandwidth request.

20   As shown in FIGURE 6, the method proceeds from STEP 622 to a decision STEP 624 to determine whether any bandwidth requests were received. If not, the method terminates. However, if so, the method proceeds to a STEP 626 whereat a bandwidth allocation method is initiated. As described in more detail below, the base station uses a preferred bandwidth allocation method to allocate bandwidth to the requesting CPE. The bandwidth allocation is

25   indicated to the CPE by making appropriate changes to the uplink sub-frame map 400'. The method then terminates at STEP 620.

### *Contention-based Polling Technique (Multicast and Broadcast Polling)*

As described above with reference to STEP 604 of the individual polling method of FIGURE

30   6, if there is not sufficient bandwidth available for the purpose of individually polling the CPEs, the present invention may be used to poll the CPEs in multicast groups and a broadcast poll may be issued by the base station. Also, if there are more inactive CPEs than there is

-21-

Exhibit C
Page 24 of 45

bandwidth available to individually poll them, some CPEs may be polled in multicast groups
and a broadcast poll may be issued.

In accordance with one embodiment of the invention, the addressing of CPEs is preferably
performed as follows: each CPE is assigned a unique permanent address (*e.g.*, in one
embodiment the CPE has a 48-bit address) that is used in the registration process; and each
CPE is also given a basic connection ID (*e.g.*, in one embodiment the CPE is given a 16-bit
basic connection ID and a 16-bit control connection ID during the registration process). Each
service that is provisioned for a selected CPE is also assigned a connection ID. Connection
IDs are generated by the base station MAC (specifically, by the base station HL-MAA) and
are unique across an HL-MAA MAC domain. The basic connection ID that is assigned when
the CPE is registered with a base station is used by the base station MAC and the CPE MAC
to exchange MAC control messages between the CPE and the base station. The control
connection ID (also assigned during registration) is used by the base station and the CPE to
exchange control and configuration information between the base station and the CPE higher
levels of control.

In accordance with one embodiment of the present invention, certain connection IDs are
reserved for multicast groups and broadcast messages. Of all of the addresses available a
portion of them are preferably reserved for multicast use. For example, in one embodiment
of the present invention, if the four most-significant bits of the connection ID are set to
logical ones (hex "Fxxxx") the address is interpreted as being set aside for multicast use. In
this embodiment, a total of 4K distinct multicast addresses are available. One example of
such a multicast use is for the distribution of a video service. In one preferred embodiment,
the connection ID used to indicate a broadcast to all stations is (0xFFFF) (*i.e.*, all 16 bits are
set to a logical one).

Similar to the individual polling technique described above with reference to FIGURES 5 and
6, the multicast polling message is not explicitly transmitted by the base station to the CPE.
Rather, the multicast poll message is implicitly transmitted to the CPE when the base station
allocates bandwidth in the uplink sub-frame map. However, rather than associating allocated
bandwidth with a CPE's basic connection ID as done when performing an individual poll, the
base station associates the allocated bandwidth to a multicast or broadcast connection ID.

-22-

Exhibit C
Page 25 of 45

ENSEMB.006C1                                                          PATENT

This multicast/broadcast bandwidth allocation is shown in the multicast/broadcast uplink sub-frame map 400" shown in FIGURE 7. It is instructive to compare the uplink sub-frame 400 (FIGURE 4) used by the base station when individual polling the CPEs with the uplink sub-frame map 400" of FIGURE 7. FIGURE 7 shows the uplink sub-frame map which is transmitted in the MAC control portion of the downlink.

As shown in FIGURE 7, the multicast/broadcast uplink sub-frame map 400" used by the present invention includes registration contention slots 402" that map the registration contention slots 402 of FIGURE 4. However, rather than associating allocated bandwidth with a selected CPE's basic connection ID, the allocated bandwidth is associated with a reserved registration ID. As shown in FIGURE 7, the uplink sub-frame map 400" preferably includes a plurality of multicast group bandwidth request contention slots 404", 404'", etc. The uplink sub-frame map 400" also includes broadcast bandwidth request contention slots 410. Finally, similar to the uplink sub-frame of FIGURE 4, the uplink sub-frame map used by the present invention to initiate multicast or broadcast polls includes a plurality of CPE scheduled data blocks 406", 406'", etc., that are used to transport uplink traffic data.

In accordance with the present inventive method and apparatus, when a poll is directed to a multicast or broadcast connection ID, CPEs belonging to the polled group request bandwidth using the bandwidth request contention slots (either the multicast contention slots for the group specified or the broadcast bandwidth request contention slots 410) allocated in the uplink sub-frame map 400". In order to reduce the likelihood of collisions only CPE's needing bandwidth are allowed to reply to multicast or broadcast polls. Zero-length bandwidth requests are not allowed in the bandwidth request contention slots. In one embodiment, CPEs transmit the bandwidth requests in the bandwidth request contention slots (*e.g.*, contention slots 404) using QAM-4 modulation. In this embodiment, the contention slots are sized to hold a 1-PS preamble and a bandwidth request message. Due to physical resolution characteristics, the message requires 1 PI (or 6 PS) using QAM-4 modulation. In this embodiment, multiple bandwidth request messages from the same CPE fit in a single bandwidth request contention slot without increasing the bandwidth utilization or the likelihood of collisions occurring. This allows the same CPE to make multiple bandwidth requests in the same slot.

If an error occurs when performing either a multicast or broadcast poll (such as the detection of an

-23-

Exhibit C
Page 26 of 45

ENSEMB.006C1                                                              PATENT

invalid connection ID) the base station transmits an explicit error message to the CPE. If the base station does not respond with either an error message or a bandwidth allocation within a predefined time period, the CPE will assume that a collision occurred. In this case the CPE uses a selected pre-defined contention resolution process. For example, in one preferred embodiment, the CPE uses the well-known "slotted ALOHA" contention resolution process to back off and try at another contention opportunity.

*Contention Resolution Process*

Contention is necessary when there is insufficient time to poll all of the CPEs individually within a suitable interval. The base station is able to define contention periods both for multicast groups and also for all CPEs generally (*i.e.*, broadcast). After CPE scheduled data, control messages, and polling are allowed for, the base station allocates all unused time in the upstream part of the TDD frame to contention, either for bandwidth requests or for registration purposes. Typically the bandwidth request interval will be many PIs long (*e.g.*, 1 PI = 6 PS using QAM-4 modulation). The CPEs must transmit their requests at a random time (on burst boundaries) within this interval to reduce the likelihood of collisions occurring.

In accordance with the present invention, a CPE needing to transmit in a request interval preferably randomly selects a PI within the interval, and makes a request in the associated starting PS. This randomization minimizes the probability of collisions. A collision is presumed if there is no response from the base station to the request within a pre-defined time period. If the base station does not respond within the predefined time period the collision resolution process of the present invention is initiated.

One preferred embodiment of the present invention uses the following resolution process: Assuming that the initial backoff parameter is *i* and that the final backoff parameter is *f*,

1.  On the first collision, the CPE waits a random interval between zero and $2^i$ contention opportunities and then tries again.

2.  If another collision occurs, then the interval is doubled and the CPE tries again, repeating until the interval $2^f$ is reached.

-24-

Exhibit C
Page 27 of 45

ENSEMB.006C1                                                                    PATENT

If the CPE is still unsuccessful, an error is reported to the system controller and the contention process is aborted. Other contention resolution mechanisms can be used to practice the present invention. For example, the well-known Ternary tree mechanism could be used to resolve contentions.

5    FIGURE 8 is a flowchart showing the multicast and broadcast polling method 800 of the present invention. As shown in FIGURE 8, the group polling method 800 proceeds from an initial step 802 to a decision STEP 804 whereat the method determines whether there is sufficient bandwidth available for multicast polls. If sufficient bandwidth is available for multicast polls, the method proceeds to a STEP 806 to poll the next multicast group in the MAC control portion 314 of the
10   MAC frame control header 302. However, if there is insufficient bandwidth available to perform a multicast poll, the method proceeds to a decision STEP 808 whereat the method determines whether there is sufficient available bandwidth for performing a broadcast poll. If so, the method proceeds to a STEP 810. If not, the method proceeds to a decision STEP 812.

As shown in FIGURE 8, at the STEP 810 a broadcast poll is initiated by placing the broadcast poll
15   in the MAC control portion 314 of the MAC frame control header 302. Similar to the individual polling technique, the multicast poll message is implicitly transmitted to the CPE by allocating bandwidth in the uplink sub-frame map 400". The allocated bandwidth is associated with a multicast or broadcast connection ID.

At the decision STEP 812 the method determines whether a broadcast or multicast poll was
20   initiated. If so, the method proceeds to a STEP 814 whereat the method monitors the appropriate bandwidth request contention slots (e.g., as defined by the bandwidth contention slot descriptions 404", 404"', and the broadcast bandwidth request contention slot descriptions 410 of FIGURE 7). If no broadcast or multicast poll was initiated, the method proceeds to control point 816 and subsequently terminates at a termination STEP 818.

25   The method proceeds from the monitoring STEP 814 to a decision STEP 820 to determine whether valid (i.e., non-colliding) bandwidth requests were detected. If no valid bandwidth requests were detected at STEP 820, the method proceeds to the control point 816 and terminates at termination STEP 818. However, if the method detects valid bandwidth requests, the method proceeds from STEP 820 to STEP 822. At STEP 822 the method uses a convenient bandwidth allocation
30   algorithm to allocate bandwidth to the CPE that requested bandwidth. The preferred bandwidth

Exhibit C
Page 28 of 45

ENSEMB.006C1                                                                    PATENT

allocation algorithm is described below in more detail with reference to FIGURES 12-13. The
bandwidth is allocated in the uplink sub-frame map 400" as shown in FIGURE 8.

### Poll –Me Bit

As described above with reference to FIGURES 3-8, and in accordance with the present invention,
a currently active CPE sets a "poll-me" bit or a "priority poll-me" in a MAC packet in order to
indicate to the base station that it requires a change in bandwidth allocation. For example, in one
embodiment of the present invention, a selected CPE requests a poll by setting a poll-me ("PM")
bit in the MAC header. Similarly, in accordance with the present invention, a selected CPE sets a
priority poll-me ("PPM") bit in the MAC header in order to indicate that a priority poll is desired.

In order to reduce the bandwidth requirements associated with individually polling every active
CPE, the active CPEs are individually polled if and only if one of the poll-me bits is set by the
CPE. When the base station detects a request for polling (when the CPE sets its poll-me bit), the
individual polling technique shown in FIGURE 9 is activated in order to satisfy the request. The
procedure by which a CPE stimulates a base station to poll the CPE is shown in FIGURE 9. In an
alternative embodiment, multiple packets having "poll-me" bits set indicate that the CPE needs to
make bandwidth allocation requests for multiple connections.

FIGURE 9 is a flow chart that shows how the poll-me bit is used to stimulate polling in accordance
with the present invention. As shown in FIGURE 9, the method first determines at a decision
STEP 902 whether the piggybacking technique described in more detail below has been exhausted.
If not, the method proceeds to STEP 904 and attempts to perform "piggybacking" first. The
method then proceeds to a STEP 906 whereat the connection is set equal to a first connection. In
this manner, the poll-me bits are scanned for each connection within the CPE. The method shown
in FIGURE 9 then proceeds to a decision STEP 908 to determine whether any bandwidth needs
exist. If not, the method proceeds to a STEP 916 and scans for the next connection. If a bandwidth
need exists, the method proceeds to a decision STEP 910. At STEP 910 the method determines
whether any more packets are available for accommodating the poll-me bit. If not, the method
terminates at the STEP 910. However, if packets are available, the method proceeds to a STEP
912 and sets a poll-me bit in an available packet.

FIGURE 10 shows the message sequence that is used by the present invention in requesting polls
using the "poll-me" bit described above. As shown in FIGURE 10 at data connection 930, the CPE

-26-

Exhibit C
Page 29 of 45

ENSEMB.006C1                                                                PATENT

initiates a polling sequence by setting its associated poll-me bit in the MAC header. The base station MAC responds via data message 932 by individually polling the selected CPE. This response is made by allocating bandwidth to the selected CPE in the uplink sub-frame map as shown in FIGURE 10. The selected CPE subsequently responds with a bandwidth request as

5    shown in communication path 934. In response to the CPE's bandwidth request, the base station grants bandwidth and allocates bandwidth to the CPE in the uplink sub-frame map as shown in communication path 936. The selected CPE then transmits its data to the base station via an associated connection link.

### "Piggybacking" Technique

10    As described above with reference to the present inventive method and apparatus, in order to further reduce overhead bandwidth necessary for the bandwidth allocation process, currently active CPEs may "piggyback" a bandwidth request (or any other control message) on their current transmissions. The CPEs accomplish this piggybacking of bandwidth by using unused bandwidth in TC/PHY packets of existing bandwidth allocations. The procedure for using excess bandwidth

15    in this manner is shown in FIGURE 11.

As shown in FIGURE 11, the method initiates the piggybacking process at STEP 950. The method proceeds to a decision STEP 952 to determine whether the CPE requires additional bandwidth. If so, the method proceeds to a decision STEP 954, if not, the method proceeds to a termination STEP 964 whereat the method terminates. At the decision STEP 954 the method determines

20    whether any unused bytes exist in the current allocation. If so, the method proceeds to insert bandwidth requests into the unused bytes at STEP 956. If not, the method proceeds to a decision STEP 958. At the decision STEP 958, the method determines whether any packets at all are allocated to the CPE. If there are no packets found at the decision STEP 958, the method proceeds to STEP 960. However, if packets are allocated, the method proceeds to a STEP 962 whereat the

25    CPE sets its poll-me bit. The method then proceeds to the STEP 960 whereat the CPE awaits polling by the associated base station. The method then terminates at the STEP 964.

### Bandwidth Allocation

As described above, the base station MAC is responsible for allocating the available bandwidth of a physical channel on the uplink and the downlink. Within the uplink and downlink sub-frames,

30    the base station MAC scheduler allocates the available bandwidth between the various services

-27-

Exhibit C
Page 30 of 45

ENSEMB.006C1                                                                    PATENT

depending upon the priorities and rules imposed by their quality of service (QoS). Additionally, the higher control sub-layers of the base station MAC allocate across more than one physical channel.

Downlink Bandwidth Allocation – One Embodiment

5      The downlink bandwidth is allocated as shown in FIGURE 12. The base station MAC maintains a set of queues for each physical channel that it serves. Within each physical channel queue set, the base station maintains a queue for each QoS. The queues hold data that is ready to be transmitted to the CPEs present on the physical channel. The higher layers of the base station protocol stack are responsible for the order in which data is place in the individual queues. The base station 10 higher control layers are free to implement any convenient fairness or traffic shaping algorithms regarding the sharing of access between connections at the same QoS, without impacting the base station lower MAC control layers. Once data is present in the queues it is the responsibility of the base station lower levels of control (*e.g.*, the BS LL-MAA of FIGURES 5 and 10) to allocate bandwidth based on the QoS.

15     In one embodiment of the present invention, in determining the amount of bandwidth to allocate at a particular QoS for a particular CPE, the base station takes into account the QoS, modulation, and the fairness criteria used to keep an individual CPE from using up all available bandwidth. Bandwidth is preferably allocated in QoS order. If there is a queue that cannot be transmitted entirely within a particular TDD frame, a QoS specific fairness algorithm, such as fair-weighted 20 queuing, is used within that queue. Each connection is given a portion of the remaining available bandwidth based upon its relative weight. The derivation of weights is QoS-dependant. For example, ATM traffic may be weighted based upon contractual bandwidth limits or guarantees, while IP connections may all receive identical weights. Once the bandwidth is allocated the data is transmitted in a manner whereby the data is sorted by modulation type.

25     Uplink Bandwidth Allocation – One Embodiment

The uplink bandwidth allocation method is very similar to the downlink bandwidth allocation method described above with reference to FIGURE 12. However, rather than being maintained by the base station, the data queues are distributed across and maintained by each individual CPE. Rather than check the queue status directly, the base station preferably receives requests for 30 bandwidth from the CPEs using the techniques described above with reference to FIGURES 3-11. Using these bandwidth requests, the base station reconstructs a logical picture of the state of the

-28-

Exhibit C
Page 31 of 45

ENSEMB.006C1                                                              PATENT

CPE data queues.  Based on this logical view of the set of queues, the base station allocates uplink bandwidth in the same way as it allocates downlink bandwidth.  This uplink bandwidth allocation technique is shown in FIGURE 13.

5

As described above, the bandwidth allocated to any selected CPE is transmitted to the selected CPE in the form of bandwidth being allocated in the uplink sub-frame map.  Starting at a point in the TDD, the uplink sub-frame map allocates a certain amount of bandwidth to the selected CPE. The selected CPE then allocates this bandwidth across its connections.  This allows the CPE to use the bandwidth in a different manner than requested if it receives higher priority data while awaiting the bandwidth allocation.  As described above, the bandwidth allocations are in a constant state of

10 change owing to the dynamic nature of bandwidth requirements.  Consequently, a selected CPE may receive unsolicited modifications to the bandwidth granted on a frame-by-frame basis.  If the selected CPE is allocated less bandwidth for a frame than is necessary to transmit all waiting data, the CPE must use the QoSs and fairness algorithms to service its queues. The CPE may "steal" bandwidth from lower QoS connections to piggyback request for more bandwidth using the

15 piggybacking technique described above.  TDM connections not already at maximum bandwidth are allocated enough extra bandwidth in the uplink to piggyback a request for additional bandwidth.

QoS Specific Fairness Algorithms

Data for transmission on the uplink and the downlink is preferably queued by quality of service

20 (QoS) designations.  The data is transmitted in order of a QoS queue priority as described above. As the queued data is transmitted, there may be a QoS queue for which there is insufficient bandwidth to transmit all queued data during the current TDD frame.  When this situation occurs, a QoS specific fairness algorithm is initiated to ensure fair handling of the data queued at that QoS. There are 3 basic fairness algorithms that can be implemented: (1) Continuous Grant; (2) Fair-

25 weighted queuing; and (3) Round Robin.

The MAC preferably does not police connections for bandwidth usage.  Policing should be performed by higher control layers.  The MAC assumes that all pending data has met contractual restrictions and can be transmitted.  Continuous Grant queues have the simplest fairness algorithm. All data in these queues must be sent every TDD frame.  Insufficient bandwidth indicates an error

30 in provisioning.

-29-

Exhibit C
Page 32 of 45

ENSEMB.006C1                                                               PATENT

### Fair Weighted Queuing

Fair weighted queuing requires that all connections at a given QoS have a weight assigned to them to determine the percentage of the available bandwidth they are eligible to receive. This weight value is preferably derived from one of three data rate parameters, depending upon the contractual parameters of the provisioned connection. These three parameters are: (1) Data Pending; (2) Guaranteed Rate; and (3) Average Rate.

Real-time VBR connections are established as DAMA connections with fair-weighted queuing based upon data pending. For a QoS queue of this type in a TDD frame having insufficient bandwidth to transmit all of the data in the queue, a weight for each connection in the queue is determined. In one embodiment, this weight is the amount of data pending for the connection expressed as a percentage of the total data pending in the queue. Because the amount of data pending is dynamic, the weights for these types of queues must be determined every TDD frame where there is insufficient bandwidth to send all data in the affected queue.

For DAMA connections contracted at a guaranteed rate the weights are calculated based on the guaranteed rate. In this case, the weight preferably is expressed as a percentage of the total guaranteed rate of all connections with data pending in the queue. Because the guaranteed rate is provisioned the weights need not be determined each TDD frame where they are used. Rather, the weights for a queue are only determined when there is a provisioning change (*i.e.*, a new connection, a change in connection parameters, or a connection termination) for one of the connections in the queue.

For DAMA connections contracted at an average rate the weights are preferably calculated based on the average rate. The weight is the average rate expressed as a percentage of the total average rate of all connections with data pending in the queue. Because the average rate is provisioned the weights need not be determined each TDD frame where they are used. Rather, the weights for a queue are only recalculated when there is a provisioning change for one of the connections in the queue.

In all of the cases described above, the granularity of the bandwidth allocations may be too coarse to provide a perfect percentage-based weighted allocation across the connections in the queue. This may result in some queues not receiving any bandwidth in a particular TDD frame. To ensure that the occurrence of this condition is fairly distributed across the connections in the queue, the

-30-

Exhibit C
Page 33 of 45

ENSEMB.006C1                                                                PATENT

connection that did not receive bandwidth is given priority the next time the insufficient bandwidth condition exists for the queue. For queues with weights based upon guaranteed or average rates some connections may not have sufficient data pending to use all of the bandwidth that they are entitled to based upon their calculated weight. In these cases, the connection's unused bandwidth

5       is fairly distributed across the connections having excess data pending.

Some QoSs require that data be aged. For queues at these QoSs there is an associated queue of one step higher priority. If data is not transmitted by the provisioned aging parameter, the data is moved to the higher QoS queue and given priority over newer data in the original queue regardless of the relative weights of the connections.

10      **Round Robin**

The Round Robin fairness algorithm is used for best effort connections where all connections have equal weight. When insufficient bandwidth exists to transmit all data in the queue in a particular TDD frame connections are allocated bandwidth in a round-robin fashion with each connection receiving a block of bandwidth up to a queue-specific maximum. Connections that did not receive

15      bandwidth are given priority he next time the insufficient bandwidth condition exists.

*Bandwidth Allocation Algorithm*

For each TDD frame, the base station allocates the downlink portion of the TDD frame and it performs an estimate of the uplink traffic to allocate uplink bandwidth to the CPEs. The CPEs individually allocate their allotted bandwidth across their pending data connections.

20      **Base Station Downlink**

As shown in FIGURE 2, in one preferred embodiment of the present invention, based on the ATDD split (*i.e.*, the percentage of bandwidth allocated to the uplink and downlink) the base station has some number of the 800 PS in the TDD frame available for downlink transmissions. The downlink bandwidth allocation algorithm preferably proceeds as follows.

25      First, the base station allocates PSs to the PI for PHY Control and enough PSs for at least 1 PI for the MAC Control. The base station preferably performs uplink bandwidth allocation before downlink bandwidth allocation in order to determine the number of PIs to allocate for the MAC Control. In one preferred embodiment, the PHY Control and MAC Control are always sent using QAM-4 modulation.

-31-

Exhibit C
Page 34 of 45

ENSEMB.006C1                                                                    PATENT

For connections with downlink continuous grant data pending, the base station determines the number of PIs required to transmit the data. This number is then converted to PSs as a function of the modulation used for the CPE associated with each connection. For each remaining QoS or until available bandwidth is entirely allocated, the base station determines if there is enough

5    bandwidth to satisfy the entire need of the QoS queue. If so, the base station allocates the required bandwidth. Otherwise, if there is not enough bandwidth to satisfy the queue, the base station implements the queue-specific fairness algorithm described above.

**Base Station Uplink**

In one preferred embodiment, based upon the ATDD split described above with reference to

10   FIGURE 2, the base station has a pre-determined number of PSs in the TDD frame available for uplink transmissions. The base station must maintain an estimate of the data and control messages pending at each QoS for the CPEs that it serves. The base station estimates the data traffic based upon the bandwidth requests received from the CPEs and based upon an observation of actual data traffic. The base station estimates the uplink control message traffic based upon the protocols

15   currently engaged (*i.e.*, connection establishment, "poll-me" bit usage, etc.) and based upon the base station's polling policy (*i.e.*, individual, multicast, and broadcast). The uplink bandwidth allocation algorithm proceeds as follows.

For connections with uplink continuous grant data pending, the base station preferably determines the number of PIs required to transmit the data. This number is then converted to a number of PSs

20   as determined by the modulation used for the CPE associated with each connection. Continuous grant connections having a current bandwidth that is less than the maximum bandwidth are always allocated uplink bandwidth that is the smaller of: 1) their maximum bandwidth or 2) their current bandwidth plus the bandwidth necessary to send a CG bandwidth change message.

For each remaining QoS, or until available bandwidth is entirely allocated, the base station

25   determines if there is bandwidth sufficient to satisfy the entire need of the QoS queue and it then allocates the required bandwidth. Otherwise, if there is not bandwidth sufficient to satisfy the queue, the base station implements the queue-specific fairness algorithm described above.

**CPE Uplink**

As described above, for each TDD frame, the CPEs are allocated a portion of the uplink sub-frame

30   in which to transmit their respective data. Because the bandwidth requirements of the CPE may

-32-

Exhibit C
Page 35 of 45

ENSEMB.006C1                                                                 PATENT

have changed since the base station received the bandwidth request information that it used to allocate the uplink bandwidth, the CPEs themselves are responsible for allocating their allotted bandwidth based upon their current bandwidth requirements. That is, the CPEs are not constrained to distribute allocated bandwidth to their data connections in the same manner that the CPE used in requesting the bandwidth from the base station. The CPE's uplink bandwidth allocation algorithm preferably proceeds as follows.

For connections having uplink continuous grant data pending, the CPE determines the number of PIs that are required to transmit the data. This number is then converted to a PS number based upon the modulation scheme used by the CPE. For each remaining QoS, or until available bandwidth is entirely allocated, the CPE determines if there is bandwidth sufficient to satisfy the entire need of the QoS queue. If so, the CPE allocates the required bandwidth. Otherwise, if there is not bandwidth sufficient to satisfy the queue, the CPE implements the queue-specific fairness algorithm described above.

*Summary*

In summary, the bandwidth allocation method and apparatus of the present invention includes a powerful, highly efficient means for allocating bandwidth in a broadband wireless communication system. The present bandwidth allocation method and apparatus uses a combination of individual and group polling techniques, contention-based polling, piggybacking, and CPE-initiated techniques to efficiently allocate bandwidth in a communication system. Advantageously, only those currently active CPEs (CPEs that currently have bandwidth allocations associated thereto) are permitted to request more bandwidth using either the piggybacking or poll-me bit methods. In addition, the present invention saves bandwidth by implicitly informing the CPE of additional bandwidth allocation. The base station implicitly informs the CPE of additional bandwidth allocation by allocating additional bandwidth to the CPE in the uplink sub-frame map. Similarly, the base stations implicitly poll the CPEs by allocating bandwidth in the uplink to enable the CPEs to respond to the poll with a bandwidth request.

In honoring the bandwidth requests, the base station builds and maintains a logical queue of the data to be transmitted. The queues are developed by the base stations based upon the QoS. In addition, the base station allocates bandwidth based on a combination of QoS and a QoS unique fairness algorithm. The CPE itself, rather than the base station, distributes the

-33-

Exhibit C
Page 36 of 45

ENSEMB.006C1                                                          PATENT

allocated bandwidth to its services in any manner the CPE determines to be appropriate. Thus, the CPE can use its allocated bandwidth in a manner that differs from the originally intended (and requested) purpose.

5      A number of embodiments of the present invention have been described. Nevertheless, it will be understood that various modifications may be made without departing from the spirit and scope of the invention. For example, the present inventive method and apparatus can be used in any type of communication, its use is not limited to a wireless communication system. One such example is use of the invention in a satellite communication system. In such a

10     communication system, satellites replace the base stations described above. In addition, the CPEs are not longer at fixed distances from the satellites. Therefore, it will be more difficult to schedule DAMA services for the CPEs. Alternatively, the present invention can be used in a wired communication system. The only difference between the wired system and the wireless system described above is that the channel characteristics vary between the two.

15     However, the bandwidth allocations do not change as between the two types of systems. Accordingly, it is to be understood that the invention is not to be limited by the specific illustrated embodiment, but only by the scope of the appended claims.

-34-

Exhibit C
Page 37 of 45

PATENT

## CLAIMS

What is claimed is:

1.    A method for allocating bandwidth in a broadband wireless communication system, wherein the wireless communication system includes a plurality of customer premise equipment (CPE) in communication with associated and corresponding base stations, and wherein the base stations maintain uplink and downlink sub-frame maps representative of the bandwidth allocations in the uplink and downlink communication paths, the method comprising the steps of:

(a)    determining whether there is sufficient available bandwidth to individually poll a selected CPE;

(b)    if sufficient bandwidth is determined to be available in step (a), determining whether there are either unpolled inactive CPEs present or unpolled active CPEs requesting to be polled, else proceeding to step (e);

(c)    polling a selected CPE by allocating bandwidth to the CPE in the uplink sub-frame map;

(d)    continuing to individually poll other selected CPEs by repeating steps (a) – (c) until it is determined in step (a) that there is insufficient available bandwidth to individually poll the CPEs;

(e)    initiating a multicast and broadcast polling process;

(f)    determining whether any individual CPE polls were initiated in step (c);

(g)    if no individual CPE polls were initiated in step (c), terminating the method, else awaiting individual bandwidth requests from the CPEs polled in step (c);

(h)    receiving a bandwidth request from a selected CPE; and

(i)    initiating a bandwidth allocation process and allocating bandwidth in the uplink sub-frame map for the selected CPE that transmitted the bandwidth request received in step (h).

-35-

Exhibit C
Page 38 of 45

ENSEMB.006C1                                                                    PATENT

2.    The method for allocating bandwidth as defined in Claim 1, wherein the unpolled
active CPEs request polling in step (b) by setting a poll-me bit associated with the
CPEs.

3.    The method for allocating bandwidth as defined in Claim 1, wherein the downlink
sub-frame map comprises a frame control header and a plurality of downlink data PS
grouped by modulation type, wherein the plurality of data PS are separated by a
plurality of modulation transition gaps.

4.    The method for allocating bandwidth as defined in Claim 3, wherein the frame
control header includes a preamble, a physical control section, and a media access
control (MAC) section.

5.    The method for allocating bandwidth as defined in Claim 1, wherein the uplink sub-
frame map comprises a plurality of registration contention slots, a plurality of
bandwidth request contention slots, and a plurality of CPE scheduled data slots, and
wherein the registration contention slots, bandwidth request contention slots, and data
slots are associated and corresponding to the plurality of CPEs.

6.    The method for allocating bandwidth as defined in Claim 5, wherein the registration
contention slots are used by the CPE during registration with an associated and
corresponding base station, and wherein the bandwidth request contention slots are
used to transmit by the CPEs to request bandwidth.

7.    The method for allocating bandwidth as defined in Claim 5, wherein the CPE
scheduled data slots are used by the CPEs to transmit MAC control messages and
data to their associated and corresponding base stations.

-36-

Exhibit C
Page 39 of 45

ENSEMB.006C1                                                    PATENT

8.    The method for allocating bandwidth as defined in Claim 3, wherein the base station informs the selected CPE that it is polled during step (c) by broadcasting a frame control header, wherein the frame control header includes a MAC control section that indicates that the bandwidth has been allocated to the selected CPE for the purpose of responding with a bandwidth request.

9.    The method for allocating bandwidth as defined in Claim 7, wherein the individual bandwidth requests are received during step (h) by monitoring the scheduled CPE data slots for bandwidth request messages.

-37-

Exhibit C
Page 40 of 45

ENSEMB.006C1                                                        PATENT

10.    The method for allocating bandwidth as defined in Claim 1, wherein the multicast and broadcast polling process initiated during step (e) comprises the steps of:

(a)    determining whether there is sufficient bandwidth available for performing a multicast poll;

(b)    if sufficient bandwidth is determined to be available in step (a), polling a next multicast group to be polled and returning to step (a), else proceeding to step (c);

(c)    determining whether there is sufficient bandwidth available to perform a broadcast poll;

(d)    if sufficient bandwidth is determined to be available in step (c), placing a broadcast poll in the uplink sub-frame map, else proceeding to step (e);

(e)    determining if a multicast or broadcast poll was performed in either step (b) or step (d);

(f)    if either a multicast or broadcast poll was determined to be performed during step (e), monitoring for bandwidth request messages in bandwidth request contention slots defined by the uplink sub-frame map, else terminating the multicast and broadcast polling process;

(g)    determining whether valid bandwidth requests were received; and

(h)    modifying the uplink sub-frame map to reflect the bandwidth allocated to the plurality of CPEs.

11.    The method for allocating bandwidth as defined in Claim 1, wherein the bandwidth allocation process initiated in step (i) includes building and maintaining a logical model of a plurality of data queues in the plurality of CPEs, and wherein the data queues are ordered based upon quality of service designations.

12.    The method for allocating bandwidth as defined in Claim 11, wherein data is transmitted by the CPEs in order of a quality of service queue priority.

13.    The method for allocating bandwidth as defined in Claim 12, further including a quality of service specific fairness method that is initiated whenever there is insufficient bandwidth to transmit all of the data in the quality of service queue.

-38-

Exhibit C
Page 41 of 45

ENSEMB.006C1                                                                    PATENT

14.     The method for allocating bandwidth as defined in Claim 13, wherein the logical model comprises:

        (a)     a plurality of continuous grant data queues;

        (b)     a plurality of fair weighted data queues; and

        (c)     a plurality of round robin data queues.

15.     The method for allocating bandwidth as defined in Claim 14, wherein data in a continuous grant data queue is transmitted during an uplink frame.

16.     The method for allocating bandwidth as defined in Claim 14, wherein the data in the fair weighted data queues are assigned a pre-defined weight value wherein the weight value is indicative of the percentage of bandwidth that the data is eligible to receive.

17.     The method for allocating bandwidth as defined in Claim 16, wherein the weight value comprises either a data pending, guaranteed rate, or average rate weight value.

18.     The method for allocating bandwidth as defined in Claim 14, wherein the round robin data queues are used for best effort connections where all connections have equal weight.

19.     The method for allocating bandwidth as defined in Claim 18, wherein the connections are allocated bandwidth in a round-robin fashion with each connection receiving a block of bandwidth up to a pre-defined maximum.

20.     The method for allocating bandwidth as defined in Claim 1, wherein the bandwidth request received during step (h) is transmitted by the selected CPE using a piggybacking technique whereby the selected CPE transmits the bandwidth request using unused bandwidth in TC/PHY packets of existing bandwidth allocations.

-39-

Exhibit C
Page 42 of 45

ENSEMB.006C1                                                        PATENT

21.    An apparatus for allocating bandwidth in a broadband wireless communication system, wherein the wireless communication system includes a plurality of customer premise equipment (CPE) in communication with associated and corresponding base stations, and wherein the base stations maintain uplink and downlink sub-frame maps representative of the bandwidth allocations in the uplink and downlink communication paths, comprising:

(a)    means for individually polling a selected CPE, wherein the polling means includes a means for allocating bandwidth to the selected CPE in the uplink sub-frame map, and wherein the polling means further includes a means for determining whether any CPEs request polling by setting an associated and corresponding poll-me bit;

(b)    means for polling a selected group of CPEs, wherein the means for group polling is invoked if and only if there is insufficient bandwidth to individually poll the CPEs;

(c)    determining means, operatively coupled to the polling means, for determining whether any CPEs were polled;

(d)    receiving means for receiving bandwidth requests from selected CPEs; and

(e)    bandwidth allocation means for allocating bandwidth in the uplink sub-frame map to selected CPEs that transmit bandwidth requests to an associated and corresponding base station.

-40-

Exhibit C
Page 43 of 45

ENSEMB.006C1                                                                PATENT

22.    An apparatus for allocating bandwidth in a broadband wireless communication system, wherein the wireless communication system includes a plurality of customer premise equipment (CPE) in communication with associated and corresponding base stations, and wherein the base stations maintain uplink and downlink sub-frame maps representative of the bandwidth allocations in the uplink and downlink communication paths, comprising:

(a)    individual polling means for individually polling a selected CPE;

(b)    group polling means for polling a selected group of CPEs, wherein the means for group polling is invoked if and only if there is insufficient bandwidth to individually poll the CPEs;

(c)    means for initiating a poll by setting a poll-me bit associated with a selected CPE;

(d)    piggybacking means for transmitting a bandwidth request to a selected base station using bandwidth allocated to a selected CPE; and

(e)    bandwidth allocation means for allocating bandwidth in the uplink sub-frame map to selected CPEs that transmit bandwidth requests to an associated and corresponding base station, wherein the individual polling means, the group polling means, the means for initiating a poll and the piggybacking means are used to efficiently request bandwidth for a selected CPE.

-41-

Exhibit C
Page 44 of 45

ENSEMB.006C1                                                            PATENT

## ABSTRACT

A method and apparatus for requesting and allocating bandwidth in a broadband wireless communication system. The inventive method and apparatus includes a combination of techniques that allow a plurality of CPEs to communicate their bandwidth request messages to respective base stations. One technique includes a "polling" method whereby a base station polls CPEs individually or in groups and allocates bandwidth specifically for the purpose of allowing the CPEs to respond with bandwidth requests. The polling of the CPEs by the base station may be in response to a CPE setting a "poll-me bit" or, alternatively, it may be periodic. Another technique comprises "piggybacking" bandwidth requests on bandwidth already allocated to a CPE. In accordance with this technique, currently active CPEs request bandwidth using previously unused portions of uplink bandwidth that is already allocated to the CPE. The CPE is responsible for distributing the allocated uplink bandwidth in a manner that accommodates the services provided by the CPE. By using a combination of bandwidth allocation techniques, the present invention advantageously makes use of the efficiency benefits associated with each technique.

S:\DOCS\JFH\JFH-1302.DOC
051501

Exhibit C
Page 45 of 45